| | |
|---|---|
| | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALOY COMPANY, LP,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TAAMAN FOOD MARKETING, LTD,<br><br>　　　　　Defendant. | **Case No. 1:16-cv-01779-DAD-EPG**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**<br><br>(ECF No. 18) |
| AND RELATED COUNTERCLAIMS | |

On August 15, 2017, the parties filed a stipulation to dismiss this action with prejudice. (ECF No. 18). All parties have agreed to the dismissal. In light of the stipulation, the case has ended, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and is dismissed with prejudice. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1).").

\\\
\\\
\\\
\\\

1

1 | Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **August 16, 2017**        /s/ *Eric P. Gross*
                                  UNITED STATES MAGISTRATE JUDGE